UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-02357 (RDM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Judicial Watch, Inc. ("Judicial Watch") is now satisfied with Defendant U.S. Department of Justice's (DOJ) response to the Freedom of Information Act request at issue in this litigation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch and Defendant DOJ, by counsel, hereby stipulate to the dismissal with prejudice of all claims raised by Plaintiff Judicial Watch in this case against Defendant DOJ, with each party to bear its own attorneys' fees and costs.

Dated: January 19, 2018

Respectfully submitted,

*/s/ David F. Rothstein*
David F. Rothstein
D.C. Bar No. 450035
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:   (202) 646-5172
Email: drothstein@judicialwatch.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*